Duane H. Sceper (CSB # 104004)
Attorney at Law
P.O. Box 1551
Hayfork, California 96041
Telephone:   (619) 232-8917

Attorney for Plaintiff Edward M. Stefan

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN,<br><br>          Plaintiff,<br><br>     v.<br><br><br>SUNSET LADDER CO., BENROSE PROPERTIES LLC. and DOES 1 THROUGH 10<br><br>          Defendants | CASE NO: 08 CV 0296 DMS (POR)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

     **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 41(a),

Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: <u>March 31, 2008          </u>          Respectfully submitted,

<u>/s/ DUANE H. SCEPER  </u>
Duane H. Sceper, Esq.
Attorney for Plaintiff
E-mail: dhs@thelegalway.com